IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

**MICHAEL SPANN,**

**Plaintiff,**

**v.**

**AMERISTEP, INC., a corporation,
et al.,**

**Defendants.**                                                            **No. 08-CV-99-DRH**

## ORDER OF DISMISSAL

**HERNDON, Chief Judge:**

Now before the Court is an unopposed motion to dismiss without prejudice Defendant Wal-Mart Stores, Inc. filed by Plaintiff (Doc. 22) and a stipulation for dismissal without prejudice of all counterclaims for contributions against Wal-Mart Stores, Inc. executed and filed by all remaining parties (Doc. 32). Being advised in the premises, the Court **GRANTS** Plaintiff's motion (Doc. 22). Plaintiff's claims against Defendant Wal-Mart are dismissed without prejudice. Furthermore, **IT IS ORDERED** that all counterclaims for contributions against Wal-Mart by the remaining parties are dismissed without prejudice.

**IT IS SO ORDERED.**

Signed this 7th day of April, 2008.

/s/     David R. Herndon

**Chief Judge
United States District Court**